# NEVILLE PETERSON LLP

COUNSELLORS AT LAW

ONE EXCHANGE PLAZA
55 BROADWAY, SUITE 2602
NEW YORK, NEW YORK 10006

————

T: (212) 635-2730 • F: (212) 635-0113
E: info@npwny.com

www.npllptradelaw.com

JOHN M. PETERSON (NY BAR)
RICHARD F. O'NEILL (WA & DC BARS)
MICHAEL K. TOMENGA (DC BAR)
LAWRENCE J. BOGARD (DC BAR)
JOHN A. DETZNER (DC & IL BARS)
JOHN B. TOTARO, JR. (DC BAR)
PATRICK B. KLEIN (NY BAR)

OF COUNSEL:
MARIA E. CELIS (NY & DC BARS)
JOHN P. DONOHUE (DC & PA BARS)
DONALD L. FISCHER (GA BAR)

1310 L STREET, N.W., SUITE 300
WASHINGTON, DC 20005
T: (202) 861-2959

701 FIFTH AVE
SUITE 4200-2159
SEATTLE, WA 98104
T: (206) 518-9335

TWO LOGAN SQUARE
100 N. 18TH STREET, SUITE 333
PHILADELPHIA, PA 19103
T: (267) 850-8730

April 24, 2024

**By ECF**
Hon. Jeremiah J. McCarthy, U.S.M.J.
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202-3350

Re: *United States v. Paolo Provenzi. et al,* Court No. 21-CV-00398 (W.D.N.Y); Response to Court Order

Dear Hon. U.S.M.J. McCarthy,

Pursuant to this Court's Order of April 19th, 2024, counsel at the law firm of Neville Peterson LLP have reviewed the Certificate of Service in ECF 105 and confirm the contract information listed for Mohammed Alsaloussi and Ikonick Collections Ltd., is accurate to the best of counsel's knowledge. Out of privacy concerns, counsel will email Mr. Alsaloussi's cell phone number to the Court and counsel. Please contact undersigned counsel if you have any questions.

Respectfully Submitted,

Neville Peterson LLP

/s/ John M. Peterson
John M. Peterson
Patrick B. Klein
55 Broadway, Ste. 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com
pklein@npwny.com

NEVILLE PETERSON LLP                                                                              2

Richard F. O'Neill
Richard F. O'Neill (*Pro Hac Vice*)
701 Fifth Ave., Ste. 4200-2159
Seattle, WA 98104-4089
(206) 905-3648
roneill@npwny.com

April 24, 2024