# EXHIBIT "A"

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF NEW YORK
 3   _____
 4   UNITED STATES OF AMERICA,
 5            Plaintiff,
 6      v.                                      Case No.
 7   PAOLO PROVENZI, IKONICK                    1:21-cv-00398
 8   COLLECTION LTD., and MOHAMMED
 9   ALSALOUSSI,
10            Defendants.
11   _____
12             VIDEOCONFERENCE DEPOSITION OF
13                  MOHAMMED ALSALOUSSI
14   DATE:           Thursday, August 24, 2023
15   TIME:           10:43 a.m.
16   LOCATION:       Remote Proceeding
17                   Neville Peterson LLP
18                   55 Broadway, Suite 2602
19                   New York, NY 10006
20   REPORTED BY:    Logan Thoreau, Notary Public
21
22
23
24
25
```

| | |
|---|---|
| 1 | **A P P E A R A N C E S** |
| 2 | ON BEHALF OF DEFENDANT PAOLO PROVENZI: |
| 3 | ADAM MICHAEL LEVY, ESQUIRE (by videoconference) |
| 4 | Of Counsel, Cinotti LLP |
| 5 | 11 Broadway, Suite 368 |
| 6 | New York, NY 10004 |
| 7 | adam@levygoldenberg.com |
| 8 | (646) 392-8258 |
| 9 | |
| 10 | ANDREA LOCATELLI, ESQUIRE (by videoconference) |
| 11 | Locatelli & Partners Family Office |
| 12 | Via Nicolo V, 10 |
| 13 | 00165 Roma RM, Italy |
| 14 | legal@locatelli.pro |
| 15 | +39 035-0442846 |
| 16 | |
| 17 | ON BEHALF OF DEFENDANTS MOHAMMED ALSALOUSSI AND |
| 18 | IKONICK COLLECTION LTD.: |
| 19 | RICHARD F. O'NEILL, ESQUIRE (by |
| 20 | videoconference) |
| 21 | Neville Peterson LLP |
| 22 | 701 Fifth Avenue |
| 23 | Seattle, WA 98104 |
| 24 | roneill@npwny.com |
| 25 | (206) 905-3648 |

```
 1           A P P E A R A N C E S (Cont'd)
 2    ON BEHALF OF DEFENDANTS MOHAMMED ALSALOUSSI AND
 3    IKONICK COLLECTION LTD.:
 4         JOHN M. PETERSON, ESQUIRE (by videoconference)
 5         Neville Peterson LLP
 6         55 Broadway, Suite 2602
 7         New York, NY 10006
 8         jpeterson@npwny.com
 9         (212) 635-2730
10
11    ALSO PRESENT:
12         Paolo Provenzi, Defendant (by videoconference)
13         Roberto Provenzi, Defendant Associate (by
14         videoconference)
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                       I N D E X
 2    EXAMINATION:                                      PAGE
 3         By Mr. Levy                                  9
 4         By Mr. Peterson                              219
 5         By Mr. Levy                                  222
 6
 7                      E X H I B I T S
 8    NO.              DESCRIPTION                      PAGE
 9    Plaintiff:
10    Exhibit A   IKDEFS 1-7                            94
11    Exhibit B   GOV 549-556                           123
12    Exhibit C   GOV 7-13                              123
13    Exhibit D   GOV 298-375                           137
14    Exhibit E   Agreement                             142
15    Exhibit F   GOV 224-279                           150
16    Exhibit G   Retail Sales Contract                 194
17
18           D O C U M E N T S   R E Q U E S T E D
19    NO.         DESCRIPTION                           PAGE
20    1           WhatsApp Messages Relating to
21                Purchase of Ferrari F50               120
22    2           Communications Between/Behalf of
23                Mohammed Alsaloussi/Ikonick and
24                Ferrari SpA                           160
25    3           Complete Sales Contract               196
```

```
                                                      Page 5
 1        D O C U M E N T S   R E Q U E S T E D (Cont'd)
 2     NO.         DESCRIPTION                         PAGE
 3     4           Label Appended to Contract          197
 4     5           Communications Between
 5                 Mohammed Alsaloussi and C.A.R.
 6                 Leasing about Ferrari F50           201
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 69

1     M. ALSALOUSSI
2     Q     What car was that?
3     A     Lamborghini Aventador SV.
4     Q     Does he have any interest in
5  Ikonick Collection LTD.?
6     A     No, he has a -- this is where I
7  came up with the name.  He has the Ikonick
8  Collection in Florida, so I thought it
9  would have been funny to tell him, well,
10 I'm going to own Ikonick Collection LTD.
11 In Canada.
12    Q     How did he feel about that?
13    A     He laughed at it.
14    Q     He wasn't offended?
15    A     No, we have no -- we don't have
16 this type of relationship.  Barry's a very
17 easygoing -- he's the chairman of Mount
18 Sinai Hospital.  He's the chairman of the
19 Miami Beach Police Foundation.  He doesn't
20 really care, and he's a very good friend
21 of mine.
22    Q     What's the address of the
23 headquarters of Ikonick Collection LTD.?
24    A     My -- my Ikonick Collection
25 LTD.?

Page 70

1          M. ALSALOUSSI
2     Q    Right.
3     A    In Alberta.
4     Q    Can you give me the exact
5  address, please?
6     A    You have it on the papers.  I
7  cannot give you the exact address.  I
8  don't have it with me right now, so.  But
9  if you tell me that address --
10    Q    Is it 14619 Ravine Point
11 Northwest, Edmonton?
12    A    Yes.
13    Q    And besides holding and owning
14 these exotics cars, does Ikonick
15 Collection LTD. do anything else?
16    A    Nothing else.  It's a holding
17 company for my vehicles.
18    Q    How many vehicles does it
19 currently own?
20    A    Well, right now, just one
21 because after this situation, I didn't
22 want to do anything else with Ikonick
23 Collection until this situation is
24 resolved.
25    Q    Are you the sole shareholder of

```
                                                Page 71
 1                        M. ALSALOUSSI
 2    Ikonick Collection LTD.?
 3         A     100 percent.
 4         Q     And you're the sole officer,
 5    director?
 6         A     Sole everything.
 7         Q     Any employees?
 8         A     No employees because it's not an
 9    operating business.  It's a holding
10    business where I wanted my collection to
11    be held under.  It's a mechanism to hold
12    my vehicles under, which would have made
13    it easier for me to get my vehicles
14    insured under an umbrella insurance
15    policy.
16         Q     So Mr. Skolnick, he's the
17    principal of Ikonick Motors LLC; right?
18         A     Yes, in Florida.
19         Q     That's in Florida.  And is it
20    Ikonick Motors LLC that owns the Ikonick
21    Collection of cars in Florida?
22         A     Yeah, it's his -- his business
23    that owns -- he's a dealership.  He has a
24    dealership license.  He has -- he has a
25    private collection, and he also
```