UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA                    Case No.: 1:21-cv-00398

        Plaintiff,

v.

PAOLO PROVENZI
IKONICK COLLECTION LTD.
MOHAMMED ALSALOUSSI

        Defendants.
_____

**DEFENDANT IKONICK COLLECTION LTD.'S NOTICE OF MOTION TO VACATE THE DEFAULT JUDGMENT ENTERED AGAINST IT**

    PLEASE TAKE NOTICE that Defendant Ikonick Collection LTD ("Ikonick"), by and through its attorneys, hereby moves, pursuant to Fed. R. Civ. P. 60, for an Order vacating the default judgment entered by the Honorable Jeremiah J. McCarthy on June 17, 2024. In support of this Motion, Ikonick relies on the accompanying Memorandum of Law, filed simultaneously herewith.

    Pursuant to Local Rule 7(a)(1), Ikonick intends to file a Reply Memorandum in further support of its motion.

Dated: July 31, 2024

                        **LIPPES MATHIAS LLP**

                        s/ Brendan H. Little
                        Brendan H. Little, Esq.
                        Sean M. O'Brien, Esq.
                        *Attorneys for Defendants Ikonick Collection, LTD and Mohammed Alsaloussi*
                        50 Fountain Plaza, Suite 1700
                        Buffalo, New York 14202
                        T: (716) 853-5100
                        F: (716) 853-5199
                        E: blittle@lippes.com
                        E: sobrien@lippes.com